**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

HELEN MARIE TAYLOR et al.,

    Plaintiffs,

v.                                                      Case No. 3:20-cv-00440

RALPH S. NORTHAM et al.,

    Defendants.

## **NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Procedure 41(a), Plaintiffs Helen Marie Taylor, John doe, Joseph Doe, Sally Doe, Charles Doe and Thomas Doe, by counsel, voluntarily dismiss the above-styled action without prejudice against Defendants Ralph S. Northam, Virginia Secretary of Administration, Director of the Virginia Department of General Services, and Director of the Virginia Division of Engineering & Buildings. This notice is being filed with the Court before service of either an answer or motion for summary judgment.

Dated June 17, 2020

                                                            HELEN MARIE TAYLOR
                                                            JOHN DOE
                                                            JOSEPH DOE
                                                           SALLY DOE
                                                           CHARLS DOE
                                                           THOMAS DOE

s/Patrick M. McSweeney

By_____
Patrick M. McSweeney (VSB No. 5669)
3358 John Tree Hill Road
Powhatan, Va. 23139
PH (804) 937-0895
FAX (703) 365-9395
pmcsweeney.esq@gmail.com

Attorney for Plaintiffs


Fred D. Taylor (VSB No. 77987)
Bush & Taylor, P.C.
4445 Corporation Lane
Virginia Beach, Virginia 23462
PH (757) 926-0078
FAX (757) 935-5533
fred@bushtaylor.com

Of Counsel